IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANK LEROY LATHAM,

    Plaintiff,

  v.                                          No. CIV 16-00095-KG-GJF

FNU HATCH, *Warden*, FNU BROWN, *Warden*, M. LNU, *Major*, FNU LNU, *Sergeants of Segregation*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this civil proceeding is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE